**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6949**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TYRELL DEVON LEWIS,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:19-cr-00306-WO-1)

Submitted:  January 17, 2023                    Decided:  January 20, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tyrell Devon Lewis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrell Devon Lewis appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review a district court's order granting or denying a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the district court did not abuse its discretion in analyzing the relevant 18 U.S.C. § 3553(a) factors. *See United States v. High*, 997 F.3d 181, 189 (4th Cir. 2021). We therefore affirm the district court's order. *United States v. Lewis*, No. 1:19-cr-00306-WO-1 (M.D.N.C. Mar. 3, 2022). We deny Lewis' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*